

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

# REGISTRY DEPOSIT INFORMATION
# FORM

Instructions:   Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1.   **Case Number:**  1:24-cv-11786

2.   **Case Title:**  Huang v. Comsmart, et al.

3.   **Judge:**  Jorge Luis Alonso

4.   **Moving Party:**  Junzhou Huang, Plaintiff

5.   **Amount of Deposit:**  $6,000

6.   **Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?**   Yes ☐   No ☑

   *(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1335, this statement under perjury has the same force and effect as a sworn statement made under oath.

/s/Yichen Cao
Attorney or Litigant

November 25, 2024
Date

Rev. 0330017