IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUNZHOU HUANG<br><br>        Plaintiff,<br><br>  v.<br><br>Comsmart, et al.<br><br>        Defendants. | Case No. 1:24-cv-11786<br><br>**Honorable Jorge L. Alonso** |

**PLAINTIFF'S *EX PARTE* MOTION
TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Plaintiff Junzhou Huang ("Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on November 20, 2024 (Dkt. # 11) for a period of fourteen (14) days until December 18, 2024, pursuant to Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders. A Memorandum of Law in Support is filed concurrently with this Motion.

Date: November 27, 2024             Respectfully submitted,

By: _/s/ Yichen Cao_____
Yichen Cao

**ANALECTS LEGAL LLC**
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349

Yichen Cao, Ph.D., J.D.
Illinois Bar No. 6326669
Email: ycao@analectslegal.com
Tel: 1.630.386.5514

Elliot Mendelson, Ph.D., J.D.
Delaware Bar No. 3981
Email:
emendelson@analectslegal.com
Tel: 1.312.375.7844

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 27, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the court.

                             _/s/Yichen Cao/_____
                             Yichen Cao