IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUNZHOU HUANG<br><br>        Plaintiff,<br><br>  v.<br><br>Comsmart, et al.<br><br>        Defendants. | Case No. 1:24-cv-11786<br><br>**Honorable Jorge L. Alonso** |

### PLAINTIFF'S NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, December 3, 2024, at 9:30 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means, before the Honorable Jorge L. Alonso, at the U.S. District Court for the Northern District of Illinois, and present Plaintiff's *ex parte* Motion to Extend the Temporary Restraining Order.

Date: November 27, 2024                                          Respectfully submitted,

                                                                         By: /s/Yichen Cao/
                                                                             Yichen Cao

                                                                             **ANALECTS LEGAL LLC**
                                                                             1212 S Naper Blvd. Suite #119 - PMB 238
                                                                             Naperville, IL 60540-7349

                                                                             Yichen Cao, Ph.D., J.D.
                                                                             Illinois Bar No. 6326669
                                                                             Email: ycao@analectslegal.com
                                                                             Tel: 1.630.386.5514

Elliot Mendelson, Ph.D., J.D.<br>
Delaware Bar No. 3981<br>
Email:<br>
emendelson@analectslegal.com<br>
Tel: 1.312.375.7844

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the court.

    /s/Yichen Cao/
Yichen Cao