AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JUNZHOU HUANG

V.

Comsmart, et al.

CASE NUMBER: 1:24-cv-11786

ASSIGNED JUDGE: Jorge Luis Alonso

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

COMSMART AND ALL OTHER DEFENDANTS IDENTIFIED IN THE COMPLAINT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elliot Mendelson
Yichen Cao
Analects Legal LLC
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349
E-mail: emendelson@analectslegal.com: vcao@analectslegal.com

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



December 2, 2024
_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>December 2, 2024 |
| NAME OF SERVER *(PRINT)*<br>Yichen Cao | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): **Served via electronic mail per the terms of the TRO**

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 4, 2024         Yichen Cao
             *Date*                   *Signature of Server*

Digitally signed by Yichen Cao
DN: cn=Yichen Cao, c=US, o=Analects Legal LLC, email=ycao@analectslegal.com
Date: 2024.12.04 14:34:34 -06'00'

1212 S Naper Blvd. Suite #119 - 238 Naperville, IL 60540-7349
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.