IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUNZHOU HUANG<br><br>    Plaintiff,<br><br> v.<br><br>Comsmart, et al.<br><br>    Defendants. | Case No. 1:24-cv-11786<br><br>**Honorable Jorge L. Alonso** |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Pursuant to FRCP 41(a)(1)(A)(i), the Plaintiff Junzhou Huang hereby voluntarily dismisses this action against all of the Defendants, Comsmart, Moobona, PANDOLA, ITidyHome, Noodoky, and Allxin, with prejudice and in support states:

This Notice of Voluntary Dismissal is being submitted pursuant to FRCP 41(a)(1)(A)(i) where none of the Defendants has answered or otherwise moved for summary judgment.

Date: December 23, 2024               Respectfully submitted,

                              By: _/s/Yichen Cao/_
                                 Yichen Cao

ANALECTS LEGAL LLC
1212 S Naper Blvd. Suite #119 - PMB 238
Naperville, IL 60540-7349

Yichen Cao, Ph.D., J.D.
Illinois Bar No. 6326669
Email: ycao@analectslegal.com
Tel: 1.630.386.5514

Elliot Mendelson, Ph.D., J.D.
Delaware Bar No. 3981
Email: emendelson@analectslegal.com
Tel: 1.312.375.7844

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

　　　　　　　　　　　　　　　　　　　　/s/Yichen Cao/
　　　　　　　　　　　　　　　　　　　　Yichen Cao