**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JUNZHOU HUANG

              Plaintiff,

    v.

Comsmart, Moobona, PANDOLA, ITidyHome, Noodoky, and Allxin

              Defendants.

Case No. 1:24-cv-11786

**Honorable Jorge L. Alonso**

**ORDER GRANTING
PLAINTIFF'S MOTION FOR RELEASE OF BOND**

Plaintiff, Junzhou Huang ("Huang") has moved for the release of bond posted November 25, 2024. For good cause shown, the present motion is GRANTED. The six-thousand-dollar ($6,000) cash bond posted by Plaintiff, plus accrued interest, is hereby released to Plaintiff's counsel, Analects Legal LLC.

_____
Honorable. Jorge L. Alonso
United States District Court Judge